[Nos. 41046-6-I; 41997-8-I.  Division One.  September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL ALLEN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 94-1-06200-6, Deborah Fleck, J., entered June 26, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41534-4-I.  Division One.  September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED EUGENE NOVAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08247-0, John M. Darrah, J., entered October 10, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 41861-1-I.  Division One.  September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY L. BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05739-2, Larry Jordan, J., entered December 22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41863-7-I.  Division One.  September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH BRONZO RICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04605-6, Faith Ireland, J., entered December 8, 1997. *Affirmed* by unpublished per curiam opinion.